IN THE UNITED STATES OF AMERICA
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                              **CRIMINAL ACTION NO. 1:06CR133-P-D**

**STACY SHADBURN**

## **ORDER**

This cause is before the Court on defendant's Motion for Continuance [14]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for December 11, 2006. Counsel for defendant avers that due to her recent entry of appearance in the case, she needs additional time to prepare for the trial of this cause. The government does not oppose the relief sought in the instant motions. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from December 11, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendant Shadburn a reasonable time for adequate and effective trial preparation. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant's Motion for Continuance [14] is GRANTED;

2. That the trial of this matter is continued until Monday, February 5, 2007 at 9:00 a.m. in Greenville, Mississippi; multiple voir dire to be held at the same time and place;

3. That the delay from December 11, 2006 until February 5, 2007 is excluded as set out above;

4. That the deadline for filing pretrial motions is January 15, 2007;

5. That the deadline for submitting a plea agreement is January 22, 2007.

SO ORDERED, this the 29th day of November, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE